UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
THE STATE OF FLORIDA,
*ex rel.* WILLIARD REVELS,

      Plaintiffs,

v.                                  Case No. 3:19-CV-834-J-TJC-LLL

PUTNAM COMMUNITY MEDICAL
CENTER OF NORTH FLORIDA, LLC,

      Defendant.
_____/

## JOINT STATUS REPORT

The United States hereby files this joint status report, as requested by the Court, regarding the settlement of this case. (Doc. 116). All parties to this case consent to and join in this status report.

The parties have worked diligently and continue to do so to finalize the settlement agreement and notice of joint dismissal, within the Court's orders.[1] However, in preparing a final settlement agreement that all parties would sign, Relator requested mutual releases with defendant, which also included defendant's predecessor, who is now a party to the settlement agreement.[2] The addition of

---

[1] The United States has previously requested, and the Court granted, additional time, for the United States to work with all the parties to draft a settlement agreement and notice of voluntary dismissal with terms agreeable to all parties. (Docs. 111, 112, 116).

[2] This update is being furnished pursuant to Federal Rule of Evidence 408.

1

another party has created additional delay. Late last week, after all parties had signed the agreement, attorney for the predecessor company requested some small changes to the language of the agreement that are likely to be agreeable to all parties but have necessitated a review and re-signing of the agreement by all parties. This was not able to be completed by the Court's October 17, 2023 deadline. The parties are confident that an executed agreement will be filed, with the government's motion to intervene and stipulated notice of dismissal, likely this week, or at the latest, by next week.

Dated: October 17, 2023

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Kelley C. Howard-Allen*
Kelley C. Howard-Allen
Assistant United States Attorney
Florida Bar No.: 0085464
Office of the United States Attorney
For the Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, FL 33602
Tel: (813) 274 6000
Fax: (813) 274 6200
Email: Kelley.Howard@usdoj.gov

**LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), AUSA Howard-Allen certifies that she contacted the parties via email late last week and again on the morning of October 17, 2023, and they consented to the filing of this joint status report.

*/s/ Kelley C. Howard-Allen*
Assistant United States Attorney